9/25/2020 10:26 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 46570702
By: Shanelle Taylor
Filed: 9/25/2020 10:26 AM

CAUSE NO. 202056671

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 878127  TRACKING NO: 73789813
EML

| Plaintiff: | In The 129th |
|---|---|
| ALIYEVA, VERONIKA EMINOVNA | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| AMERICAN HONDA MOTOR CO INC | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

To:   AMERICAN HONDA MOTOR CO INC (FOREIGN CORPORATION) BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM
**1999 BRYAN ST 900, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on September 15, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on September 21, 2020, under my hand and seal of said court.

Issued at the request of:

BARTHOLET, DOMINIQUE BOUSSAC
1177 WEST LOOP SOUTH SUITE 1400
HOUSTON, TX 77027
713-961-7777
Bar Number: 24034335



*Marilyn Burgess*
Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: CHANCESAS OUGRAH

*AFFIDAVIT*
*ATTACHED*

**EXHIBIT 1**

CAUSE NO. 2020-56671

| | | |
|---|---|---|
| VERONIKA EMINOVNA ALIYEVA | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| AMERICAN HONDA MOTOR CO., INC. | § | |
| Defendant. | § | 129TH JUDICIAL DISTRICT |

## AFFIDAVIT OF SERVICE

On this day personally appeared MITCHELL DRAEGER who, being by me duly sworn, deposed and said:

"The following came to hand on Sep 21, 2020, 3:29 pm,

CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE,

and was executed at 1999 BRYAN ST STE. 900, DALLAS, TX 75201 within the county of DALLAS at 10:50 AM on Tue, Sep 22 2020, by delivering a true copy to the within named

AMERICAN HONDA MOTOR CO INC (FOREIGN CORPORATION) BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM, BY DELIVERING TO LINDSEY BARRIENTEZ, SOP INTAKE

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

MITCHELL DRAEGER
Certification Number: PSC 7995 EXP.12-31-2021
Certification Expiration:

BEFORE ME, a Notary Public, on this day personally appeared MITCHELL DRAEGER, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON SEPTEMBER 22, 2020

Notary Public, State of Texas

Mallory Perkins
Texas Notary Public
13208722-1
Commission Exp.
JUL. 16, 2023